| | | |
|---|---|---|
| ICLP19, LLC | * | NO. 2024-CA-0655 |
| VERSUS | * | COURT OF APPEAL |
| THE UNOPENED SUCCESSION OF GERALDINE STARKS, ET AL. | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**LOBRANO, J., CONCURS IN THE RESULT**

I concur in the result but note concern that the law may inadequately protect property owners, especially the elderly and impoverished. Starks's claim, while falling outside the limited grounds in La. R.S. 47:2286 and not well developed factually, raises valid questions about pre-sale advertisement requirements. The 2008 reforms did not provide a clear remedy for such violations. The Legislature should consider whether further clarification is needed to ensure fairness in future cases.